UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Joseph J. Weston, Jr.  Docket No. 5:10-CR-331-1BO

Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph J. Weston, Jr., who, upon an earlier plea of guilty to 18 U.S.C. §§2314 and 2, Transportation of Stolen Goods in Interstate Commerce and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 10, 2011, to a 60 - month term of probation under the standard conditions adopted by the court and the following additional condition:

1. The defendant shall perform 100 hours of community service during Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200.00 fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised in the District of South Carolina. It has been requested that a monthly installment amount be set for the court ordered restitution in this case. It is recommended by the probation office that the installment amount be set at $100.00, monthly.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant will pay any unpaid restitution in monthly installments of not less than $100, until restitution is paid in full, to begin September 10, 2011.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301 |
| | Phone: (919) 861-8660 |
| | Executed On: September 7, 2011 |

ORDER OF COURT

Considered and ordered this ___7___ day of ___September___, 2011, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge